UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

RE: Jerome Alphonzo Henderson, Sr.   XXX-XX-6486           Case No. 21-32035-KLP
    Tonya Yvette Henderson   XXX-XX-4768

## DIRECTIVE FOR WAGE DEDUCTION

**New Bern Transportation**
**1111 Westchester Ave**
**White Plains, NY  23841**

   The Debtor, **Jerome Alphonzo Henderson, Sr.**, having filed a petition under Chapter 13 of the Bankruptcy Code, thereby having subjected their property and all their future earnings to the jurisdiction of this Court until further notice from this Court;  and this Court having assumed exclusive jurisdiction over all of the Debtor's future earnings, which are not subject to levy or garnishment, except continuing wage withholding orders for current child support;  and the Debtor herein having requested the issuance of this Directive to implement his plan;  and Section 1325(b) of Title 11 of the United States Code providing for the entry of a wage assignment document;

   IT IS DIRECTED:

   That the above Employer be, and is hereby directed to deduct from Debtor's earnings for payment to fund the Debtor's plan, the sum of **$203.08 weekly** beginning **immediately** and to forward said deduction at least monthly to **CARL M. BATES, Chapter 13 Trustee, PO Box 1433, Memphis, TN  38101-1433**. The debtor's name and case number should be recorded on the check for payment.
   The above employer is hereby enjoined from imposing any form of penalty or disciplinary action against the Debtor because of the issuance and effect of this Directive, the same having been issued to implement the Debtor's voluntary Chapter 13 plan as authorized by the Bankruptcy Code.  Any such employer action is prohibited by section 525 of Title 11 of the United States Code.
   THIS DIRECTIVE IS ENTERED PURSUANT TO GENERAL ORDER NO. 04-1 OF THE UNITED STATES BANKRUPTCY COURT.

Dated:  July 30, 2021

                                        **/S/ Carl M. Bates**
                                        Carl M. Bates, Trustee
                                        Eastern District of Virginia, Richmond Division


**IF ANY INFORMATION IS DESIRED REGARDING THIS DIRECTIVE, CALL THE**

**TRUSTEE'S OFFICE AT 804.237.6800 OR FAX TO 804.237.6801**

***PLEASE NOTIFY THE TRUSTEE'S OFFICE IF AND WHEN THIS DEBTOR LEAVES YOUR EMPLOYMENT***

The Trustee does hereby certify that a copy of this Directive was mailed to the Debtor and the employer and electronically sent to Debtor's counsel on the date above written.

**/S/ Carl M. Bates**
Carl M. Bates, Trustee